IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY W. STEWART,**<br><br>Petitioner,<br><br>v.<br><br>**J. MACOMBER,**<br><br>Respondent. | Case No. 1:14-cv-00266 AWI MJS (HC)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>**[Doc. 11]** |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On April 4, 2014, the undersigned dismissed the petition as successive under 28 U.S.C. § 2244(b)(1). On April 14, 2014, Petitioner filed a motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b).

    Rule 60(b) of the Federal Rules of Civil Procedure provides:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
>
> (1) mistake, inadvertence, surprise, or excusable neglect;
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
> (3) fraud (whether previously called intrinsic or extrinsic),

1

misrepresentation, or misconduct by an opposing party;
(4) the judgment is void;
(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
(6) any other reason that justifies relief.

Petitioner does not set forth any arguments or evidence that have not already been considered by this Court. Petitioner does not provide any arguments or evidence to find the Court's ruling that petition was successive was incorrect. To the extent Petitioner seeks records from the Ninth Circuit Court of Appeals, he should request them directly from that court.

Accordingly, Petitioner's motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated: __April 29, 2014__                    _____
                                              SENIOR DISTRICT JUDGE